# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANJIV NARENDERNATH
DAVESHWAR,

        Appellant,

vs.

THE STATE OF NEVADA,

        Respondent.

No. 77072

**FILED**

OCT 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Judgment/Order entered on the 2nd day of July, 2018." Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, it appears from the district court docket and minute entries that no order was entered on July 2, 2018. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. The district court entered the judgment of conviction on July 3, 2018. Appellant did not file the notice of appeal, however, until September 26, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
      Pickering

_____, J.
      Gibbons

_____, J.
      Hardesty

18-40251

cc: Hon. Scott N. Freeman, District Judge
Sanjiv Narendernath Daveshwar
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk